OPINION — AG — (1) THE COUNTY COMMISSIONERS MAY NOT APPOINT ANYONE UNDER 19 O.S. 1961 452 [19-452], SINCE WE HAVE HERETOFORE HELD IN THE ANSWER TO QUESTION TWO WAS SUPERCEDED OR REPEALED BY IMPLICATION BY THE ENACTMENT OF 19 O.S. 1961 180.58-180.69 [19-180.58] — [19-180.69] (2) OPINION NO. 64-214 DATED MAY 1, 1964, TO THE GEORGE WAYNE ALGE, A COPY IS ENCLOSED, WHEREIN WE DISCUSSED THE 80 PERCENT AND 90 PERCENT LIMITATIONS ON SALARIES FIXED IN 19 O.S. 1961 180.65 [19-180.65] (W. J. MONROE)